ROBERT J. HOPP & ASSOCIATES, LLC
Kim R. Lepore, AZ Bar No. 019130
333 West Colfax Avenue, Suite 400
Denver, CO 80204
Phone: 866-620-8605
k.lepore@hopplawfirm.com
Attorneys for Movant

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 08, 2011



*Randolph J. Haines*

RANDOLPH J. HAINES
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Rey D. Hernandez and Aurora T. Hernandez,<br><br>Debtor(s) | Chapter 13<br><br>CASE NO. 2:10-bk-22341-RJH |
| LITTON LOAN SERVCING LP, as servicer for HSBC Bank USA, National Association, as Trustee, under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset Backed Pass-Through Certificate<br>and its successors and/or assignees,<br><br>Movant,<br><br>v.<br><br>Rey D. Hernandez and Aurora T. Hernandez and Russell Brown, Trustee<br><br>Respondent(s). | **ORDER TERMINATING THE AUTOMATIC STAY**<br><br><br>(Re: 3454 East Flamingo St., Gilbert, AZ 85297) |

The Motion for Relief having been properly served, with no opposition filed herein, the Court enters its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to

Movant and its assignees and/or successors in interest with respect to the subject Property generally described as: **3454 East Flamingo St., Gilbert, AZ 85297** (the "Property").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding to another Chapter of the Bankruptcy Code.

IT IS SO ORDERED.                  **BY THE COURT**

_____
United States Bankruptcy Judge